PS-8
8/88

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Heidi Quintana-Chavez** **Docket No. 5:24-CR-149-1FL**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Heidi Quintana-Chavez, who was placed under pretrial release supervision by the Honorable Louise W. Flanagan, U.S. District Judge, sitting in the Court at New Bern, on the 29th day of July, 2024.

The defendant appeared before Robert B. Jones, Jr., U.S. Magistrate Judge for arraignment on the 28th day of April, 2025, and supervision was continued the under existing conditions of release.

On January 30, 2026, the conditions of release were modified to allow the defendant to seek, obtain, and maintain lawful employment approved by the U.S. Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Quintana-Chavez has requested to engage in mental health treatment. Per the request of Ms. Quintana-Chavez and in an effort to assist her, it is respectfully recommended that a mental health condition be added.

**PRAYING THAT THE COURT WILL ORDER the conditions of pretrial release be modified to include the following special condition:**

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Caroline M. O'Reilly
Caroline M. O'Reilly
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2030
Executed On: August 4, 2026

**ORDER OF THE COURT**

Considered and ordered the 4th day of August, 2026, and ordered filed and made part of the records in the above case.

Louise W. Flanagan
U.S. District Judge